■ ELIZABETH HILLYER, Appellant, v CITY OF UTICA et al., Respondents. (Appeal No. 1.) [701 NYS2d 677] —Appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.

■ ELIZABETH HILLYER, Appellant, v CITY OF UTICA et al., Respondents. (Appeal No. 2.) [701 NYS2d 677] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Judgment of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Denman,. P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.